DEVERIE J. CHRISTENSEN, ESQ.
Nevada State Bar No. 6596
THOMAS W. MARONEY, ESQ.
Nevada State Bar No. 13913
**JACKSON LEWIS P.C.**
300 S. Fourth St., Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email:  deverie.christensen@jacksonlewis.com
Email:  thomas.maroney@jacksonlewis.com

*Attorneys for Defendant*
*GTI Nevada, LLC d/b/a Rise*
*Carson City*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CELIA BERNA, | Case No. 3:25-cv-00229-ART-CLB |
| Plaintiff, | **ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| vs. | |
| GTI NEVADA, LLC D/B/A RISE CARSON CITY, | **(FIRST REQUEST)** |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Plaintiff Celia Berna ("Plaintiff"), by and through her counsel, Mark Mausert Law, and Defendant, GTI Nevada, LLC d/b/a Rise Carson City ("Defendant"), by and through its counsel, the law firm of Jackson Lewis P.C., that Defendant shall have a 30-day extension up to and including **July 2, 2025**, in which to file its response to Plaintiff's Complaint. This Stipulation is submitted and based upon the following:

1.    Defendant was served with the Summons and Complaint on May 12, 2025, (ECF No. 1) making Defendant's response to Plaintiff's Complaint currently due on June 2, 2025.

2.    Defendant was recently retained and is still in the process of investigating Plaintiff's allegations which include significant monetary damages, including, punitive damages.

3.    The Parties have agreed to extend the deadline for Defendant to file its response to Plaintiff's Complaint to July 2, 2025, to allow Defendant sufficient time to address the allegations

1  within the Complaint.

2      4.    This is the first stipulation to extend the time for Defendant to respond to

3  Plaintiff's Complaint.

4      5.    The Parties believe these circumstances constitute good cause for granting an

5  extension. *See* Fed. R. Civ. P. 6(b)(1).

6      6.    This Stipulation is made in good faith and not for the purpose of delay.

7      7.    Nothing in this Stipulation and Order shall operate to waive, relinquish, or impair

8  any claim, defense, objection, or right of any party in this case. Further, nothing in this Stipulation

9  and Order shall be construed as an admission of or consent to the merit or validity of any claim,

10  defense, objection, or right by any party in this case.

11      Dated this 28th day of May, 2025.

12  MARK MAUSERT LAW                       JACKSON LEWIS P.C.

13

14  */s/ Sean McDowell*                    */s/ Thomas W. Maroney*
    Mark Mausert, Bar # 2398               Deverie J. Christensen, Bar # 6596
    Sean McDowell, Bar # 15962             Thomas W. Maroney, Bar # 13913
15  729 Evans Avenue                       300 S. Fourth St., Suite 900
    Reno, NV 89512                         Las Vegas, Nevada 89101
16
    *Attorneys for Plaintiff*              *Attorneys for Defendant GTI Nevada, LLC d/b/a*
17  *Celia Berna*                          *Rise Carson City*

18                              **ORDER**

19                              IT IS SO ORDERED.

20

21                              _____
                                United States Magistrate Judge
22
                                Dated: May 28, 2025
23  4933-5152-4679, v. 1

24

25

26

27

28