DEVERIE J. CHRISTENSEN, ESQ.
Nevada State Bar No. 6596
THOMAS W. MARONEY, ESQ.
Nevada State Bar No. 13913
**JACKSON LEWIS P.C.**
300 S. Fourth St., Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email:  deverie.christensen@jacksonlewis.com
Email:  thomas.maroney@jacksonlewis.com

*Attorneys for Defendant*
*GTI Nevada, LLC d/b/a Rise Carson City*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CELIA BERNA, | Case No. 3:25-cv-00229-ART-CLB |
| Plaintiff, | **ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| vs. | |
| GTI NEVADA, LLC D/B/A RISE CARSON CITY, | **(SECOND REQUEST)** |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Plaintiff Celia Berna ("Plaintiff"), by and through her counsel, Mark Mausert Law, and Defendant, GTI Nevada, LLC d/b/a Rise Carson City ("Defendant"), by and through its counsel, the law firm of Jackson Lewis P.C., that Defendant shall have a 2-week extension up to and including **July 16, 2025**, in which to file its response to Plaintiff's Complaint. This Stipulation is submitted and based upon the following:

1. Defendant was served with the Summons and Complaint on May 12, 2025, (ECF No. 1) making Defendant's response to Plaintiff's Complaint due on June 2, 2025.

2. On May 28, 2025 the parties agreed to extend the deadline for Defendant to file its response to Plaintiff's Complaint to July 2, 2025 (ECF No. 7) to allow Defendant additional time to address the allegations within the Complaint.

3. Defendant is still in the process of investigating Plaintiff's allegations which

include significant monetary damages, including, punitive damages.

4. The Parties have agreed to a second extension for Defendant to file its response to Plaintiff's Complaint to July 16, 2025, to allow Defendant additional time to address the allegations within the Complaint.

5. This is the second stipulation to extend the time for Defendant to respond to Plaintiff's Complaint.

6. The Parties believe these circumstances constitute good cause for granting an extension. *See* Fed. R. Civ. P. 6(b)(1).

7. This Stipulation is made in good faith and not for the purpose of delay.

8. Nothing in this Stipulation and Order shall operate to waive, relinquish, or impair any claim, defense, objection, or right of any party in this case. Further, nothing in this Stipulation and Order shall be construed as an admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case.

Dated this 30th day of June, 2025.

| MARK MAUSERT LAW | JACKSON LEWIS P.C. |
|---|---|
| */s/ Sean McDowell* <br> Mark Mausert, Bar # 2398 <br> Sean McDowell, Bar # 15962 <br> 729 Evans Avenue <br> Reno, NV 89512 <br><br> *Attorneys for Plaintiff* <br> *Celia Berna* | */s/ Thomas W. Maroney* <br> Deverie J. Christensen, Bar # 6596 <br> Thomas W. Maroney, Bar # 13913 <br> 300 S. Fourth St., Suite 900 <br> Las Vegas, Nevada 89101 <br><br> *Attorneys for Defendant GTI Nevada, LLC d/b/a Rise Carson City* |

## **ORDER**

IT IS SO ORDERED.

_____
United States Magistrate Judge

Dated: June 30, 2025

4933-1045-6658, v. 1