**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

CELIA BERNA,

        Plaintiff(s),

vs.

GTI NEVADA, LLC D/B/A RISE CARSON CITY,

        Defendant(s).

Case #3:25-CV-00229-ART-CLB

**ORDER APPROVING**

VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL

FILING FEE IS $250.00

_____Sean C. Herring_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Jackson Lewis P.C._____
(firm name)

with offices at _____150 N. Michigan Ave., Suite 2500_____,
(street address)

_____Chicago_____, _____Illinois_____, _____60601_____,
(city) (state) (zip code)

_____312 787-4949_____, _____Sean.Herring@JacksonLewis.com_____.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____Green Thumb Industries, Inc._____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

Docusign Envelope ID: D5F2C0A4-92B8-4A14-A33F-CF5BE53F7970

3. That since November 10, 2005 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Illinois (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Illinois - N.D. Ill | January 1, 2005 | 6286396 |
| Illinois - C.D. Ill | January 1, 2013 | |
| Illinois - S.D. Ill | January 1, 2014 | |
| 7th Circuit Court of Appeals | January 1, 2015 | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

Rev. 5/16

Docusign Envelope ID: D5F2C0A4-92B8-4A14-A33F-CF5BE53F7970

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

None

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

Docusign Envelope ID: D5F2C0A4-92B8-4A14-A33F-CF5BE53F7970

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ____Illinois____ )
COUNTY OF ____COOK____ )

____Sean C. Herring____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__9th__ day of __July__, __2025__.

_____
Notary Public or Clerk of Court

[Seal: Notary Public, State of Illinois, Official Seal, Kathleen Mary Turner, Commission # 990726, My Commission Expires 5/13/2028]

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate __Thomas W. Maroney__, (name of local counsel) Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

__300 S. 4th Street, Suite 900__,
(street address)

__Las Vegas__, __Nevada__, __89101__,
(city)       (state)      (zip code)

__(702) 921-2468__, __thomas.maroney@jacksonlewis.com__.
(area code + telephone number)     (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) __Thomas W. Maroney__ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_Mike Neville_
(party's signature)
Michael J. Neville - Associate General Counsel
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

13913                thomas.maroney@jacksonlewis.com
Bar number           Email address

**APPROVED.**

_____
Anne R. Traum
United States District Judge

DATED: July 11, 2025



ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, Illinois 60601-6219
(312) 565-2600  (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive, Suite 301
Springfield, IL 62704
(217) 546-3523  (800) 252-8048
Fax (217) 546-3785

Sean Corey Herring
Jackson Lewis, P.C.
150 North Michigan Avenue
Suite 2500
Chicago, IL 60601-7619

Chicago
Thursday, May 29, 2025

In re:   Sean Corey Herring
Attorney No. 6286396

To Whom It May Concern:

    We have received a request for written verification of the status of Sean Corey Herring for the use by officials responsible for the review of the attorney's application for admission to the bar of another jurisdiction, or for a judicial position or for government employment. We have also received a Waiver and Authorization signed by the attorney. Pursuant to Commission policy, the following information is provided.

    The records of the Clerk of the Supreme Court of Illinois and of this office reflect that Sean Corey Herring was admitted to practice law in Illinois on November 10, 2005; is currently registered with this Commission and in good standing as an Illinois attorney; and has never been disciplined or the subject of a disciplinary proceeding in this state; and is not the subject of any pending disciplinary investigations.

Very truly yours,
Lea S. Gutierrez
Administrator

By: /s/ *Marissa Hernandez*
    Marissa Hernandez
    Deputy Registrar

MH

4912-4115-0792, v. 1