JUSTIN A. SHIROFF, ESQ.
Nevada Bar No. 12869
SEAN HERRING
*(Pro Hac Vice admitted)*
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Fax: (702) 921-2461
Email: sean.herring@jacksonlewis.com
Email: justin.shiroff@jacksonlewis.com

*Attorneys for Defendant*
*GTI Nevada, LLC d/b/a*
*Rise Carson City*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

|  |  |
|---|---|
| CELIA BERNA, | Case No.: 3:25-cv-00229-ART-CLB |
| Plaintiff, | |
| vs. | **ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO WITHDRAW ATTORNEY THOMAS W. MARONEY FROM CASE** |
| GTI NEVADA, LLC D/B/A RISE CARSON CITY, | |
| Defendant. | [ECF No. 33] |

Defendant GTI Nevada, LLC dba Rise Carson City, by and through its counsel, the law firm of Jackson Lewis P.C., hereby requests leave of Court to remove attorney Thomas W. Maroney as counsel of record from the above captioned case and the Court's docket. Mr. Maroney is no longer

/ / /\

/ / /

/ / /

/ / /

JACKSON LEWIS P.C.
LAS VEGAS

1

with Jackson Lewis P.C. and his withdrawal will not cause any delay in the action.  Sean Herring and Justin Shiroff will remain as counsel of record for said Defendant.

Dated this 4th day of February, 2026.

JACKSON LEWIS P.C.

*/s/ Jusin A. Shiroff*
Jusin A. Shiroff Bar No..12869
Sean Herring *Pro Hac Vice admitted*
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101

*Attorneys for Defendant*

## ORDER

For good cause appearing, Defendants' motion to remove Thomas W. Maroney from this case and the Court's docket is **GRANTED**.

**IT IS SO ORDERED.**

**DATED:** February 4, 2026

_____
UNITED STATES MAGISTRATE JUDGE